# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV11-02014 JAK (PJWx) | Date | July 14, 2011 |
| Title | Leo G Dubongco, et al. v. American Home Mortgage Servicing, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On July 13, 2011, defendant filed "Joint Report of Status of Settlement" [31]. The Court sets an Order to Show Cause re Dismissal for August 8, 2011 at 10:30 a.m. If the parties file a dismissal by August 4, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The Status Conference re Settlement, Scheduling Conference, and Defendant's Motion to Dismiss (DE 10) are vacated.

**IT IS SO ORDERED.**

                                                                                     :

Initials of Preparer   ak